UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
GEORGE S. BOLEY,                        )
                                        )
            Plaintiff,                )
                                        )
v.                                      )   Civil Action No. 13-89 (RBW)
                                        )
ATLANTIC MONTHLY GROUP, and             )
JEFFREY GOLDBERG,                       )
                                        )
            Defendants.              )
_____)

## **ORDER**

In accordance with the Memorandum Opinion issued this same date, it is

**ORDERED** that the defendants' special motion to dismiss pursuant to the Anti-SLAPP Act is **GRANTED**. It is further

**ORDERED** that the defendants' motion to dismiss pursuant to Rule 12(b)(6) is **DENIED AS MOOT**. It is further

**ORDERED** that the defendants shall file a motion for attorneys' fees and costs under the Anti-SLAPP Act, if any, on or before July 16, 2013.

**SO ORDERED** this 25th day of June, 2013.

                                                    REGGIE B. WALTON
                                                    United States District Judge